IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>TOWNSHIP OF BERNARDS, NEW JERSEY, AND BERNARDS TOWNSHIP PLANNING BOARD.<br><br>      Defendants. | Case No. 3:16-cv-08700 (MAS) (LHG) |

## ORDER

Having considered the parties' joint motion, filed on June 6, 2017, for an order to stay this civil action, and the parties having entered into a Settlement Agreement dated May 30, 2017 ("Settlement Agreement"), and where the Settlement Agreement requires the parties to perform certain obligations before the parties may file a joint stipulation of dismissal, and upon good cause shown, it is on this 16th day of June 2017, hereby ORDERED that:

1. The Joint Motion to Stay Proceedings is GRANTED; and
2. This Civil Action is stayed and administratively terminated for the period of six (6) months, or until both of the following terms are met, whichever occurs later:
   a. The preliminary and final site plans for the Islamic Society of Basking Ridge's mosque have been approved pursuant to paragraph 37 of the Settlement Agreement; and
   b. Defendant Bernards Township amends Ordinance #2242 in accordance with paragraph 38 of the Settlement Agreement.
3. Upon satisfaction of the obligations set forth in paragraph 55 of the Settlement Agreement, or six months, whichever is later, the Parties shall promptly sign and file

- 2 -

in this Civil Action a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

/s/ Michael A. Shipp
HON. MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE